A CERTIFIED TRUE COPY
ATTEST

By Jakeia R. Mells on Jan 29, 2010

FOR THE UNITED STATES
JUDICIAL PANEL ON
MULTIDISTRICT LITIGATION

UNITED STATES
JUDICIAL PANEL ON
MULTIDISTRICT LITIGATION

Jan 14, 2010

FILED
CLERK'S OFFICE

UNITED STATES JUDICIAL PANEL
on
MULTIDISTRICT LITIGATION

IN RE: ASBESTOS PRODUCTS LIABILITY
LITIGATION (NO. VI)

MDL No. 875

(SEE ATTACHED SCHEDULE)

C 09-5736 MHP

**FILED**

FEB - 8 2010

RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

**CONDITIONAL TRANSFER ORDER (CTO-330)**

On July 29, 1991, the Panel transferred 21,937 civil actions to the United States District Court for the Eastern District of Pennsylvania for coordinated or consolidated pretrial proceedings pursuant to 28 U.S.C. § 1407. See 771 F.Supp. 415 (J.P.M.L. 1991). Since that time, 85,038 additional actions have been transferred to the Eastern District of Pennsylvania. With the consent of that court, all such actions have been assigned to the Honorable Eduardo C. Robreno.

It appears that the actions on this conditional transfer order involve questions of fact that are common to the actions previously transferred to the Eastern District of Pennsylvania and assigned to Judge Robreno.

Pursuant to Rule 7.4 of the <u>Rules of Procedure of the Judicial Panel on Multidistrict Litigation</u>, 199 F.R.D. 425, 435-36 (2001), these actions are transferred under 28 U.S.C. § 1407 to the Eastern District of Pennsylvania for the reasons stated in the order of July 29, 1991, and, with the consent of that court, assigned to the Honorable Eduardo C. Robreno.

This order does not become effective until it is filed in the Office of the Clerk of the United States District Court for the Eastern District of Pennsylvania. The transmittal of this order to said Clerk shall be stayed 14 days from the entry thereof. If any party files a notice of opposition with the Clerk of the Panel within this 14-day period, the stay will be continued until further order of the Panel.

Inasmuch as no objection is
pending at this time, the
stay is lifted.

Jan 29, 2010

CLERK'S OFFICE
UNITED STATES
JUDICIAL PANEL ON
MULTIDISTRICT LITIGATION

FOR THE PANEL:

Jeffery N. Lüthi
Clerk of the Panel

A TRUE COPY CERTIFIED TO FROM THE RECORD

DATED: 2-1-10

ATTEST: Tom Dempsey

DEPUTY CLERK, UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF PENNSYLVANIA

**IN RE: ASBESTOS PRODUCTS LIABILITY**
**LITIGATION (NO. VI)**                                          MDL No. 875

### SCHEDULE CTO-330 - TAG-ALONG ACTIONS

**DIST.  DIV.  C.A. #**        **CASE CAPTION**

**CALIFORNIA CENTRAL**
CAC  2  09-8198        James H. Prange, et al. v. General Electric Co., et al.
CAC  2  09-8794        James H. Prange, et al. v. General Electric Co., et al.
CAC  2  09-9186        Frederick B. Hartsfield, et al. v. Albay Construction Co., et al.

**CALIFORNIA NORTHERN**
CAN  3  09-5504        Frank Delahaye v. Metalclad Insulation Corp., et al.
CAN  3  09-5649        Marion Spilmom v. General Electric Co., et al.
CAN  3  09-5736        Quillia Cook, et al. v. Textron Inc., et al.
CAN  3  09-5765        Georgine Gori, et al. v. Northrop Grumman Shipbuilding, Inc., et al.
~~CAN  3  09-5800        Robert Lindenmayr, et al. v. Allied Packing & Supply, Inc., et al.~~
                       **Vacated 1/19/10**
CAN  3  09-5817        Roma Spellman, etc. v. United States Steel Corp.
CAN  3  09-5821        John Heinmiller v. Allis-Chalmers Corp. Product Liability Trust, et al.
CAN  4  09-5601        Maria Elena Demoss, et al. v. General Electric Co., et al.
CAN  4  09-5648        Paul Maeser v. Foster Wheeler, LLC, et al.
CAN  4  09-5667        David Wolgamott v. Metalclad Insulation Corp., et al.
CAN  4  09-5713        Joe Holland, et al. v. A.W. Chesterton Co., et al.

**CONNECTICUT**
CT   3  09-1112        Samuel Allen, et al. v. CBS Corp.

**ILLINOIS CENTRAL**
ILC  2  09-2308        Stella R. Martin, etc. v. A.W. Chesterton Co., et al.

**MAINE**
ME   2  09-587         Robert L. Grigg, et al. v. Metropolitan Life Insurance Co., et al.
ME   2  09-588         Dana L. Snow v. Aurora Pump Co., et al.
ME   2  09-640         Joseph V. Zammit, et al. v. Metropolitan Life Insurance Co., et al.

**MISSISSIPPI SOUTHERN**
MSS  4  09-171         Vickie Joyce Castle Speed, et al. v. Metropolitan Life Insurance Co., et al.

**MDL No. 875 - Schedule CTO-330 Tag-Along Actions (Continued)**

| DIST. | DIV. | C.A.# | CASE CAPTION |
|---|---|---|---|
| **NORTH CAROLINA MIDDLE** | | | |
| NCM | 1 | 09-971 | James Franklen Faulkenberry, et al. v. 3M Co., et al. |
| NCM | 1 | 09-1002 | William Randolph Roberts v. 3M Co., et al, |
| **NORTH CAROLINA WESTERN** | | | |
| NCW | 1 | 09-421 | James Lynn Tesseneer, et al. v. A.W. Chesterton Co., et al. |
| NCW | 1 | 09-424 | Bobby Joe Rathbone, et al. v. A.W. Chesterton Co., et al. |
| NCW | 1 | 09-426 | Clarence William Whitlock, et al. v. A.W. Chesterton Co., et al. |
| NCW | 1 | 09-427 | William Harold Laney, et al. v. A.W. Chesterton Co., et al. |
| NCW | 1 | 09-428 | John David McGalliard, et al. v. A.W. Chesterton Co., et al. |
| NCW | 1 | 09-429 | Roy Franklin Crisp, et al. v. A.W. Chesterton Co., et al. |
| NCW | 1 | 09-445 | Walter Emmett Carraway, et al. v. 3M Co., et al. |
| NCW | 1 | 09-452 | Ray Houser Dellinger, Jr., et al. v. 3M Co., et al. |
| NCW | 1 | 09-456 | Brian Bruce Bowen, et al. v. 3M Co., et al. |
| NCW | 1 | 09-457 | Charles Alton Gravley, et al. v. 3M Co., et al. |
| NCW | 1 | 09-458 | John Flannery v. 3M Co., et al. |
| NCW | 1 | 09-460 | Reginald Gene Hull, et al. v. 3M Co., et al. |
| NCW | 1 | 09-469 | Robert Lee Price v. 3M Co., et al. |
| NCW | 1 | 10-3 | Barry Franklin Gantt, et al. v. 3M Co., et al. |
| NCW | 1 | 10-6 | Harold Haskell Kay v. 3M Co., et al. |
| NCW | 1 | 10-8 | Cary Albert Founds, et al. v. 3M Co., et al. |
| **NEVADA** | | | |
| NV | 2 | 09-2395 | Susan Tafoya v. AC Delco Auto Service Center, Inc., et al. |
| **RHODE ISLAND** | | | |
| RI | 1 | 09-513 | Charles G. Newberry, et al. v. Elliott Turbomachinery Co., Inc., et al. |
| RI | 1 | 09-561 | Fred E. Strong, et al. v. Buffalo Pumps, Inc., et al. |
| **SOUTH CAROLINA** | | | |
| SC | 0 | 09-3020 | Johnnie Richard Childers, Sr., et al. v. A.W. Chesterton Co., et al. |
| SC | 8 | 09-3260 | Eugene Webb v. 3M Co., et al. |
| SC | 8 | 09-3356 | Tim David Mauldin, et al. v. 3M Co., et al. |
| **TEXAS EASTERN** | | | |
| TXE | 6 | 09-497 | Robert Plummer v. Turner & Newell Ltd., et al. |

**MDL No. 875 - Schedule CTO-330 Tag-Along Actions (Continued)**

| DIST. | DIV. | C.A. # | CASE CAPTION |
|---|---|---|---|
| **VIRGINIA EASTERN** | | | |
| VAE | 2 | 09-9625 | William H. Monroe, Jr., etc. (Gerald P. Butler, Jr.) v. American Standard, Inc., et al. |
| VAE | 2 | 09-9626 | Norman D. Dahlstrom v. American Standard, Inc., et al. |
| VAE | 2 | 09-9627 | Ralph F. Dowske v. American Standard, Inc., et al. |
| VAE | 2 | 09-9628 | Robert Gazso v. American Standard, Inc., et al. |
| VAE | 2 | 09-9629 | Russell J. Lee v. American Standard, Inc., et al. |
| VAE | 2 | 09-9630 | Richard L. Long v. American Standard, Inc., et al. |
| VAE | 2 | 09-9631 | Ronald L. Stanley v. American Standard, Inc., et al. |
| VAE | 2 | 09-9632 | Ricky Maples v. American Standard, Inc., et al. |
| VAE | 2 | 09-9633 | Darrell L. McBee v. American Standard, Inc., et al. |
| VAE | 2 | 09-9634 | John P. Murphy v. American Standard, Inc., et al. |
| VAE | 2 | 09-9635 | Collis R. Parker v. American Standard, Inc., et al. |
| VAE | 2 | 09-9636 | John Snyder, Jr. v. American Standard, Inc., et al. |
| VAE | 2 | 09-9637 | William H. Monroe, Jr., etc. (Gordon G. Noe) v. American Standard, Inc., et al. |
| VAE | 2 | 09-9638 | Roy D. Morgan v. American Standard, Inc., et al. |
| VAE | 2 | 09-9639 | James H. Pahlman v. American Standard, Inc., et al. |
| VAE | 2 | 09-9640 | Michael C. Rivera v. American Standard, Inc., et al. |
| VAE | 2 | 09-9641 | Virgil B. Sword v. American Standard, Inc., et al. |
| VAE | 2 | 09-9642 | Donald F. Miller, Sr. v. American Standard, Inc., et al. |
| VAE | 2 | 09-9643 | Paul R. Ollanketo v. American Standard, Inc., et al. |
| VAE | 2 | 09-9644 | Fred L. Peters, Jr. v. American Standard, Inc., et al. |
| VAE | 2 | 09-9645 | John Sager, Jr. v. American Standard, Inc., et al. |
| VAE | 2 | 09-9646 | Howard H. Watson v. American Standard, Inc., et al. |
| VAE | 2 | 09-9659 | Charles Leonard Willis v. Allis Chalmer Corp. Product Liability Trust, et al. |
| **WASHINGTON WESTERN** | | | |
| WAW | 3 | 09-5801 | Richard E. Anderson, et al. v. Saberhagen Holdings, Inc., et al. |
| **WISCONSIN EASTERN** | | | |
| WIE | 1 | 09-1062 | Elsie M. Long, etc. v. A.W. Chesterton Co., et al. |
| WIE | 1 | 09-1099 | Marcella M. Bennington, etc. v. CBS Corp., et al. |
| **WISCONSIN WESTERN** | | | |
| WIW | 3 | 09-726 | Gerald F. Bushmaker v. A.W. Chesterton Co., et al. |

MICHAEL E. KUNZ
CLERK'S OFFICE
CLERK OF COURT

ROOM 2609
(267) 299-7018

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF
PENNSYLVANIA U.S. COURT HOUSE
601 MARKET STREET
PHILADELPHIA 19106-1797

IN RE: ASBESTOS PRODUCTS LIABILITY LITIGATION
MDL 875

Dear Clerk:

The enclosed certified copy of a Conditional Transfer Order (CTO-330) from the Judicial Panel is being sent to you regarding the involved action(s) listed on the attached schedule. These case(s) have been properly identified as multi district litigation asbestos cases.

**\*\*PLEASE DO NOT FORWARD ANY OF THE RECORD OR ANY DOCUMENTS TO OUR COURT. WE ALSO DO NOT NEED A COPY OF THE DOCKET OR THIS ORDER RETURNED TO OUR COURT.\*\***

This copy is information for your court's records. We will extract your case from the pacer website; you are not required to forward any documents from your court's records. We are in the process of assigning new case numbers and all future docketing will be conducted in our court. A Transfer Order and Case Log will be sent to your Clerk. If you have any questions please contact me at (267) 299-7018.

Sincerely,

MICHAEL E. KUNZ
Clerk of Court

*Tom Dempsey*

Tom Dempsey
MDL Docketing Clerk

Enclosure